# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § |
| | § |
| BYRON ALCIDES BERGANZA ESPINA (1) §   Case Number 4:19CR228 (lead) | |
| BYRON JOSE BERGANZA ROQUE (1)   §   Case Number 4:19CR320 | |

## ORDER GRANTING MOTION FOR CONTINUANCE

The Motion for Continuance filed by the United States of America (Dkt. #26, in Case Number 4:19CR320) is granted. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. The United States' request is made knowingly, intelligently, and voluntarily.

2. The ends of justice served by granting the United States' request outweighs the best interest of the public and the Defendants in a speedy trial.

4. The continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence for both parties.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

The United States' motion is granted, and this case is RESET and set for Pretrial Conference on July 1, 2022 at 10:00 a.m. as to all Defendants before the Court. Pursuant to Order (Dkt. #42) in consolidated lead case 4:19CR228, the criminal action in 4:19CR320 is designed as the member case. All pleadings are to be filed in the lead case 4:19CR228.

IT IS SO ORDERED.

SIGNED this 3rd day of November, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE