IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §    No. 4:19-CR-00228 |
| v. | § |
| | §    Judge Mazzant |
| BYRON ALCIDES BERGANZA ESPINA | § |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Byron Alcides Berganza Espina**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

/s/
COLLEEN BLOSS
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Colleen.Bloss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 5, 2022.

/s/
COLLEEN BLOSS
Assistant United States Attorney